## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

STATE OF FLORIDA,

     Plaintiff,

v.                              CASE NO. 3:18cv2363/MCR/EMT

PATRICK ANTHONY RIBBING,

     Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 10, 2018. ECF No. 3. Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      The removal is **DISMISSED** as improper and the clerk of court is directed to **REMAND** this case, which includes state court case numbers 2018-MM-005221-A and 2018-MM-007155-A, to the Circuit Court in and for Escambia County, Florida, and close the file.

3.      All pending motions are DENIED as moot.

**DONE AND ORDERED** this 2nd day of January 2019.


_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**